IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 12 C 4644 |
| EVEN - TEMP, INCORPORATED, an Illinois corporation, | ) ) ) | JUDGE ELAINE E. BUCKLO |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, EVEN - TEMP, INCORPORATED, an Illinois corporation, in the total amount of $2,595.36, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $892.00.

On June 18, 2012, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on July 9, 2012. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Cecilia M. Scanlon

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>5th</u> day of <u>September 2012</u>:

        Mr. Steven A. Klem, Registered Agent
        Even - Temp, Incorporated
        134 N. LaSalle Street, Suite 1810
        Chicago, IL  60602-1154

        Mr. Anthony Pendola, President
        Even - Temp, Incorporated
        6304 Sondra Court
        Plainfield, IL  60586

        /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\Even Temp\#23990\motion.cms.df.wpd